# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

Anthony Castle,

   Plaintiff,

v.

Berks Credit & Collections, Inc.; and DOES 1-10, inclusive,

   Defendants.

Civil Action No.: 1:15-cv-01130-JDB

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party.

| Anthony Castle | Berks Credit & Collections, Inc. |
|---|---|
| /s/ Jody Burton | /s/ James M. Connolly* |
| Jody Burton, Esq.<br>Lemberg Law, LLC<br>1100 Summer Street, 3rd Floor<br>Stamford, CT 06905<br>(203) 653-2250<br>Attorney for Plaintiff | James M. Connolly, Esq.<br>Kramer & Connolly<br>465 Main Street<br>Reisterstown, MD 21136<br>(410) 581-0070<br>Attorney for Defendant<br>(*signed by Jody Burton with permission of James M. Connolly) |

_____

SO ORDERED

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 11, 2015, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Columbia Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                                        By_/s/ Jody Burton_____
                                                            Jody Burton